UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERT GARCIA, | ) CV 09-09419-SH |
| Plaintiff, | ) ORDER OF DISMISSAL FOR<br>) FAILURE TO PROSECUTE |
| vs. | ) |
| MICHAEL J. ASTRUE, Comm.<br>Social Security Administration. | ) |
| Defendant. | ) |
| _____ \_) | |

By Minute Order dated July 12, 2010, plaintiff was granted until August 2, 2010 to provide his portions of the Joint Stipulation to defendant. Plaintiff was further warned that failure to comply with the Order would result in dismissal of his case.

As of the date of this Order, plaintiff has not complied with the Order.

This action is properly dismissed without prejudice. The Court has the inherent power to achieve the orderly and expeditious disposition of cases by dismissing

actions for failure to prosecute. <u>Link v. Wabash</u>, 370 U.S. 626, 629-30 (1962); Fed.R.Civ.P. 41(b).

IT IS HEREBY ORDERED that plaintiff's Complaint is dismissed without prejudice.

The Clerk is ordered to mail a copy of this Order to all parties appearing in the action.

DATED: August 25, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE